UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHRISTOPHER NICOLOSI                                CIVIL ACTION

VERSUS                                              NUMBER: 13-6398

CAROLYN COLVIN, ACTING                              SECTION: "N"(5)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

### REPORT AND RECOMMENDATION

Presently before the Court is Plaintiff's motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412. (Rec. doc. 17). Defendant has filed no opposition to Plaintiff's motion. For the reasons that follow, it is recommended that Plaintiff's motion be granted.

Plaintiff, through counsel, filed the above-captioned lawsuit seeking judicial review of an adverse decision of the Commissioner of the Social Security Administration denying his application for Supplemental Security Income ("SSI") benefits. (Rec. doc. 1). After Plaintiff had filed his cross-motion for summary judgment as was ordered by the Court, the government filed a consent motion to reverse the Commissioner's and to remand this matter back to the Administration for further proceedings pursuant to sentence four of 42

U.S.C. §405(g). (Rec. docs. 14, 15). That motion was granted by the District Judge on June 2, 2014. (Rec. doc. 16). The instant motion for EAJA fees followed. (Rec. doc. 17).

By way of his motion, Plaintiff seeks attorney's fees for 35.4 hours of time that was expended in this case at a rate of $160.00 per hour for a total award of $5,664.00. The government has filed no memorandum in opposition to Plaintiff's motion challenging the number of hours logged by counsel, the hourly rate sought, or otherwise challenging the appropriateness or amount of the fee award requested. The Court may therefore properly assume that the government has no opposition to it. *See* Local Rule 7.5; *Bean v. Barnhart*, 473 F.Supp. 2d 739, 741 (E.D. Tex. 2007). That being the case, it will be recommended that Plaintiff's motion be granted and that he be awarded EAJA fees in the amount of $5,664.00.

## **RECOMMENDATION**

For the foregoing reasons, it is recommended that Plaintiff's motion be granted and that he be awarded EAJA fees in the amount of $5,664.00 (35.4 hours @ $160.00 per hour).

A party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in a magistrate judge's report and recommendation within fourteen days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United States Auto. Assoc.*, 79 F.3d 1415 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this  6th  day of        August        , 2014.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MICHAEL B. NORTH
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE