UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHRISTOPHER NICOLOSI            CIVIL ACTION

VERSUS            NUMBER: 13-6398

CAROLYN COLVIN, ACTING            SECTION: "N"(5)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion is granted and that he is awarded EAJA fees in the amount of $5,664.00 (35.4 hours @ $160.00 per hour).

New Orleans, Louisiana, this 2nd day of September, 2014.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE